UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2008 FEB -4  AM 11:30

LORETTA G. WHYTE
CLERK

MARIA N. PICARD

versus

ST. TAMMANY PARISH HOSPITAL

Civil Action No 08-824

Section    , Mag.

SECT. R MAG. 4

## PETITION FOR DAMAGES

The petition of MARIA N. PICARD, domiciled in St. Tammany Parish, respectfully represents that:

I.

Made defendant herein is:

a) St. Tammany Parish Hospital, a corporation licensed and domiciled in the State of Louisiana.

II.

Jurisdiction is proper in this Court pursuant to 28 USCA § 1331 as the actions complained of herein violate Federal laws prohibiting discrimination in employment based upon disability and/or handicap. Venue is proper in this Court as all of the acts complained of herein occurred within the Parish of St Tammany and Defendant has been engaged in business within the Parish of St Tammany at all times of the acts complained of.

Fee $350
Process
X Dktd
CtRmDep
Doc. No.

1

III.

Defendant is liable unto Petitioner under Federal and the State of Louisiana's laws prohibiting discrimination in employment based upon disability and/or handicap, for the following described incidents, to wit:

IV.

Prior to November 25, 2006, Petitioner repeatedly requested, but was denied, reasonable accommodations from Defendant, her employer, to be able to perform her job as a medical transcriptionist despite the impediments caused by her neuromuscular disease.

V.

Petitioner's disease is a disability and a handicap for purposes of the laws protecting Petitioner from discrimination in employment.

VI.

As a result of Defendant's failure to provide needed accommodations, and as a result of retaliation against Petitioner for having requested the accommodations, she was forced to resign from her employment with Defendant on or about November 26, 2006.

VII.

Said conduct was in violation of state and federal laws prohibiting discrimination in employment against persons based on a covered disability and/or handicap.

VIII.

Defendant further, upon information and belief, engaged in defamatory

communications about Petitioner to others.

### IX.

The foregoing conduct by Defendant resulted in damages to Petitioner, including but not limited to past, present and future pain and suffering, mental pain and anguish, physical impairment and medical expenses, lost wages (past present and future), benefits, damage to reputation, humiliation, embarrassment, inconvenience and lost earning capacity. Defendant's conduct additionally warrants the imposition of punitive damages to the extent available.

### X.

Petitioner filed a timely charge with the EEOC.

### XI.

Petitioner request a trial by jury.

WHEREFORE, petitioner, MARIA N. PICARD, prays that a copy of this petition be served upon the Defendant, ST. TAMMANY PARISH HOSPITAL, that Defendant be cited to appear and answer same within the legal delays permitted by law, and after all due proceedings are had, there be judgment herein in favor of your petitioner, MARIA N. PICARD and against the Defendant, ST. TAMMANY PARISH HOSPITAL, in an amount which the Honorable Fact-Finder deems appropriate and necessary within these premises; together with legal interest from the date of judicial demand until paid, and for all attorneys' fees and costs of these proceedings and for all other remedies

available under law and equity.

                                        Respectfully submitted,

                                        Edward S. Rapier, Jr. (17896)
                                        2160 8th Street, Suite A
                                        Mandeville, LA 70471
                                        985-626-1011 (office)
                                        985-674-9082 (fax)
                                        Attorney for Petitoner

Please Serve:

ST. TAMMANY PARISH HOSPITAL
Through its president and CEO

Patti Ellish RN, MHA
President / CEO STPH
ST. TAMMANY PARISH HOSPITAL
1202 S. TYLER STREET
COVINGTON, LA 70433-0000